**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| **KOBY A. BOHNERT,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 2:20-cv-00246-JRS-MJD** |
| | ) | |
| **MIDWEST COMMUNICATIONS, INC.,** | ) | |
| | ) | |
| **Defendant** | ) | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties, all claims in the above-captioned matter are hereby dismissed, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

SO ORDERED.

Date: 12/29/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via ECF